IN THE COURT OF APPEALS OF MARYLAND

Misc. No. 39

September Term, 2014

_____


IN THE MATTER OF THE APPLICATION

OF OMEED TABIEI FOR ADMISSION TO

THE BAR OF MARYLAND


_____


Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts

JJ.

_____

ORDER

_____

Filed: June 5, 2015

IN THE MATTER OF THE APPLICATION   *   In the

OF OMEED TABIEI   *   Court of Appeals

FOR ADMISSION TO THE   *   Of Maryland

BAR OF MARYLAND   *   Misc. Docket No. 39, September Term, 2014

O R D E R

The Court having considered the recommendations of the Character Committee for the Fourth Appellate Circuit of Maryland and the State Board of Law Examiners, and the oral argument of the applicant's counsel presented at a hearing held before this Court on June 4, 2015, it is this 5th day of June, 2015,

ORDERED, by the Court of Appeals of Maryland, with a majority concurring, that the favorable recommendations of the Character Committee for the Fourth Appellate Circuit, and of the State Board of Law Examiners be, and are hereby accepted, and it is further

ORDERED, that the applicant, upon taking the oath prescribed by the statute, be admitted to the practice of law in this State.

/s/ Mary Ellen Barbera
Chief Judge